# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
MICHAEL LAWLER,

         Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

         Respondent.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 03-1655V
Special Master Christian J. Moran

Filed: November 16, 2017

## ORDER

On November 13, 2017, respondent filed a joint motion to amend judgment. Pursuant to Court of Federal Claims Rule 60(b)(6), the parties seek to amend the April 27, 2006 judgment to specifically award compensation to the current petitioner, Michael Lawler. Mr. Lawler was a minor when judgment was initially entered and reached adulthood as of May 28, 2017. The parties confirm that judgment has not yet been paid in this case.

Accordingly, the following is ORDERED:

The judgment entered on April 27, 2006, shall be AMENDED to state:

**A lump sum payment of $12,500.00 in the form of a check payable to Michael Lawler. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

Any questions may be directed to my law clerk, Andrew Schick, at (202) 357-6360.

**IT IS SO ORDERED.**

                                          s/Christian J. Moran
                                          Christian J. Moran
                                          Special Master